228 So.2d 483

**William H. PATTERSON and Mrs. Mattie L. H. Patterson, Individually and for the Use and Benefit of Their Minor Daughter, Gwendolyn Elaine Patterson**

v.

**RECREATION AND PARK COMMISSION FOR THE PARISH OF EAST BATON ROUGE.**

No. 50153.

Dec. 11, 1969.

In re: William H. Patterson et al., etc. applying for certiorari, or writ of review, to the Court of Appeal, Parish of East Baton Rouge. 226 So.2d 211.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

228 So.2d 483

**Andrew ROUGHT**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

No. 50225.

Dec. 11, 1969.

In re: Andrew Rought applying for writs of certiorari and habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory or original jurisdiction in this case.

BARHAM, J., is of the opinion that the application and returns warrant the ordering of a hearing on the application for writ of habeas corpus. No counsel at arraignment (reflected in minutes) allegation that counsel was not seen until day of trial, and record reflecting a denial of a motion to suppress as being untimely filed require a hearing for the determination of the merits of the application.